UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN O'CONNOR AND ALLYSON O'CONNOR | * | CIVIL ACTION NO. 2:23-cv-00218 |
| | * | |
| | * | |
| Plaintiffs | * | |
| | * | JUDGE BRANDON S. LONG |
| VERSUS | * | |
| | * | |
| ALLIED TRUST INSURANCE COMPANY | * | |
| | * | |
| | * | MAGISTRATE JANIS VAN MEERVELD |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE COUNTERCLAIM FOR DAMAGES WITH THIRD PARTY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes defendant, Allied Trust Insurance Company ("Allied Trust") who, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, respectfully moves this Court for leave to file a Counterclaim for Damages and Declaratory Relief with Third Party Demand. A copy of the proposed Counterclaim for Damages and with Third Party Demand is attached to this motion.

Undersigned has contacted counsel for plaintiffs, Sean O'Connor and Allyson O'Connor, regarding this matter. Counsel for plaintiffs has advised that plaintiffs have not consented to this proposed amendment. This motion, therefore, is opposed at this time.

**WHEREFORE**, for the reasons set forth in the accompanying memorandum in support, Allied Trust prays that this Honorable Court grant its Motion for Leave to File Counterclaim for Damages with Third Party Demand, and that the proposed pleading attached hereto be entered into the record and considered by the Court in connection with this matter.

Dated: July 22, 2024.

/s/ Matthew Monson
**MATTHEW D. MONSON (25186)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**ERIN W. BERGGREN (37551)**
**KYLE C. MATTHIAS (38338)**
**AUSTIN T. WELCH (40100)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
*Email:  Matt@MonsonFirm.com*

AND

**MICHAEL E. HILL (25708)**
Email: mhill@kelleykronenberg.com
**JEANNE ARCENEAUX (36035)**
Email: jarcenaux@kelleykronenberg.com
**KELLEY KRONENBERG, PA**
400 Poydras St., Ste. 2400
New Orleans, Louisiana 70130
Telephone:    (504) 208-9055
***Counsel for Allied Trust Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by via electronic transmission through the Court's CM/ECF system, this 22nd day of July, 2024.

/s/ Matthew Monson